# DE CARO & KAPLEN, LLP

*Counselors at Law*
228 EAST 45TH STREET
SUITE 1100
NEW YORK, NY 10017

MICHAEL V. KAPLEN*
SHANA DE CARO†

*ADMITTED NEW YORK, FLORIDA
 AND DISTRICT OF COLUMBIA BAR

*CERTIFIED CIVIL TRIAL ADVOCATE
 NATIONAL BOARD OF TRIAL ADVOCACY

*CERTIFIED PROF. LIAB. ATTY. – MEDICAL
 AMER. BD. OF PROF. LIAB. ATTORNEYS

*PROFESSORIAL LECTURER IN LAW
 THE GEORGE WASHINGTON UNIVERSITY LAW SCHOOL

†ADMITTED NEW YORK AND
 DISTRICT OF COLUMBIA BAR

†IMMEDIATE PAST CHAIRWOMAN
 BRAIN INJURY ASSOCIATION OF AMERICA

(212) 732-2262
michael@brainlaw.com
shana@brainlaw.com

**MEMO ENDORSED**

*Via ECF*

U.S. Magistrate Judge Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

The request to adjourn is GRANTED. The conference is rescheduled for **June 25, 2026 at 10:30 am.** The dial in information is the same as in the scheduling order.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

June 9 , 2026

Re:    Tara Bane v. Michael Volpe, et al.
       25-CV-10041 JGLC-VR

Dear Magistrate Judge Reznik:

We represent plaintiff in the above referenced matter.

We are in receipt of the Court's Order scheduling a Status Conference (via telephone) before your Honor on **June 12, 2026 at 10:00 A.M.**

Due to a previously scheduled medical appointment, I will be unavailable on the above date and time.   Accordingly, we are respectfully requesting the Court to reschedule this conference to one of the following dates.  This is our first application for an adjournment.

- 06/24/2026
- 06/25/2026
- 06/26/2026 (afternoon)

We have consulted with defense counsel, Ms. Warycha who has informed us that she begins a trial tomorrow on a different matter.  Accordingly, the above dates are the earliest dates mutually consented and agreed upon by all parties.

Thank you for your anticipated assistance.

Respectfully yours,

MICHAEL V. KAPLEN

MVK/ab

1

**DE CARO & KAPLEN, LLP**

cc:    *Via ECF*
       Jennifer Warycha, Esq.
       Gerber Ciano Kelly Brady LLP
       Attorneys for Defendants
       PO Box 1060
       Buffalo, NY 14201