**Jennifer Warycha, Esq.**
Partner

**Direct Dial/Text:** 914.639.4305
**Fax:** 646.350.1901
jwarycha@gerberciano.com

GERBER CIANO KELLY BRADY LLP

**US Mail:**
PO Box 1060
Buffalo, New York 14201

**Visit Us/FedEx/UPS:**
150 Grand Street, Suite 610
White Plains, New York 10607

October 1, 2026

**VIA ECF**

MEMO ENDORSED

Magistrate Judge Hon. Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 420
White Plains, NY 10601

Re: Tara Bane v. Michael Volpe, et al
Case No.: 7:25-cv-10041-JGLC-VR
GCKB File No.: 1836.0063

Dear Justice Reznik,

This office is counsel to the Defendants, Michael Volpe, Samantha M. Rollandi and Casskell Stays, LLC ("Defendants").

Pursuant to the parties' discussions, Plaintiff's deposition has been scheduled for October 22, 2026 and is anticipated to take place in person at plaintiff's counsel's office. The parties have also agreed that Defendants' depositions will proceed in person at defense counsel's office on November 16, 2026. None of these dates have changed. I have advised my clients of the November 16, 2026 depositions and have made the necessary arrangements to ensure their attendance. Because both individuals are employed, their appearances must be coordinated with their respective employers to secure time away from work. In the unlikely event that either witness is ultimately unable to appear on that date, plaintiff's counsel will be promptly advised.

In addition, your affirmant was engaged in a trial that concluded only yesterday in Supreme Court, Kings County, involving a New York Labor Law matter. Plaintiff's counsel was aware of this fact. Indeed, I specifically advised plaintiff's counsel that my office was coordinating with my clients regarding available dates for the property inspection, which requires the property to be removed from rental availability and therefore necessitates advance planning and scheduling.

Given these circumstances, plaintiff's letter to the Court presents an inaccurate and incomplete account of the parties' discovery communications and efforts to coordinate outstanding discovery.

Most recently, I learned that my clients were able to make arrangements to block off the property for inspection on November 4, 2026. On September 28, 2026, this information was conveyed to plaintiff's counsel by my legal assistant immediately upon confirmation. A copy of the correspondence is attached hereto.

Defendants remain prepared to produce the property for inspection on November 4, 2026 and continue to cooperate in completing all outstanding discovery pursuant to the parties' prior agreements. Notably, the dates for the depositions and inspection remain consistent with those previously set forth in the parties' joint correspondence to the Court.

At all times, Defendants have acted in good faith and have not refused to provide discovery, appear for depositions, or facilitate the requested inspection. Rather, Defendants have worked diligently to coordinate schedules while balancing professional obligations and the practical considerations associated with making the property available for inspection. Accordingly, there is no basis for any suggestion that Defendants have failed to cooperate in discovery or have caused any delay in these proceedings.

Defendants remain committed to completing discovery expeditiously and in accordance with the parties' prior agreement and respectfully request that the Court reject any implication to the contrary.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Jennifer Warycha*

Jennifer Warycha

cc: **VIA ECF**
Michael V. Kaplen, Esq.
DE CARO & KAPLEN LLP
Attorneys for Plaintiff
TARA BANE
228 East 45" Street, Suite 1100
New York, New York 100107
(212) 732-2262
michael@brainlaw.com

Based on Defendants' response at ECF No. 39, it appears that the dispute raised by Plaintiff in ECF No. 38 may be resolved, or may be easily resolved by a simple phone call between counsel. By **October 9, 2026**, the parties are directed to meet and confer, and submit a joint letter updating the Court on any remaining disputes.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 10/2/2026